May 25, 2010.

Judge Kenneth A. Marra



.ILED by _____ L..

MAY 2 6 2010

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. OF FLA. - W.P.B.

Your honor,

Thank you for the prompt verdict in case 10-cv-80621. You are welcome to post your verdict at my permitted peace rally in Boca Raton all Memorial Day weekend from sunrise to sunset at Sanborn Square, one block north on Federal Highway from Palmetto Park Road. All your instructions are online

There are code restrictions against any posts that may injure ground irrigation systems, and code restrictions against posts left overnight. That's basically why I'll be there for 3 days, down on one knee, holding my sign. You can be certain it's a war of words and not men, when you see me holding my new 29x35 inch free speech right up to the public eye on an 8 foot collapsible pole that fits in my car trunk. DHS overlooked the collapsible pole in my car trunk when they seized my last 29x35 inch sign. 29x35 inches is the size sign that fits in my car trunk. My signs are built to the specifications of my architecture which is underwritten to demarcate the risk of me not being able to port my free speech right to others. Couldn't be simpler.

Usher in the New Jerusalem with me.   Your Honor, if you desire to meet the Forward Scout, other witness or the sniper, it's a tiny muse you can manifest in the palm of your hand by 3 fill in the blank writs of immunity or presidential pardons for them.

Sincerely,

Mark Dixon Rowley.